UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. ENNIS,<br><br>                  Plaintiff,<br><br>       v.<br><br>ANDERSON, *et al.*,<br><br>                  Defendants. | Case No.: 1:23-cv-00160-BAM (PC)<br><br>ORDER DENYING *IN FORMA PAUPERIS APPLICATION* WITHOUT PREJUDICE (ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

Plaintiff Joseph L. Ennis ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on February 2, 2023, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and a trust account statement. (ECF Nos. 1, 2.)

In Plaintiff's application to proceed *in forma pauperis*, Plaintiff reported that he received $80,000 in a settlement for a lawsuit. (ECF No. 2, p. 2.) However, the certified trust account filed with the Court indicates that he has a current available balance of $4.39, and during the past six months there is no indication that he has received a settlement payment of $80,000. (ECF No 2, p. 3.) Plaintiff does not state the date he received the settlement payment, and whether he has access to those funds.

1

As the evidence before the Court of Plaintiff's assets is inconclusive, the Court will provide Plaintiff with an opportunity to clarify his financial condition and adequately demonstrate financial hardship. Specifically, Plaintiff should explain whether he currently has access to the $80,000 settlement funds, and if he does, why he is not using those funds to pay the filing fee for this action. <u>Plaintiff is not required to submit a new trust account statement.</u>

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **<u>Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.</u>**

IT IS SO ORDERED.

Dated: **February 6, 2023**              /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE