# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. ENNIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDERSON, *et al.*,<br><br>    Defendants. | Case No.  1:23-cv-00160-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 27) |

Plaintiff Joseph L. Ennis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants J. Anderson and D. Castillo for excessive force in violation of the Eighth Amendment.  All parties have consented to Magistrate Judge jurisdiction. (ECF No. 25.)

On October 13, 2023, Defendants filed a motion to dismiss.  (ECF No. 22.)  Following Plaintiff's failure to file a response, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute.  (ECF No. 26.)  In response, Plaintiff filed a notice of voluntary dismissal on December 14, 2023.  (ECF No. 27.)  Plaintiff requests dismissal of his complaint, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  (*Id.*)

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment."  *Commercial*

1

*Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted).  Even if a defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1). *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing *Miller v. Reddin*, 422 1264, 1265 (9th Cir. 1970)).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Commercial Space Mgmt.*, 193 F.3d at 1078.  No defendant has filed an answer or motion for summary judgment in this action.

Accordingly, this action is terminated, without prejudice, by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed close this case.

IT IS SO ORDERED.

Dated:   **December 15, 2023**         /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2